**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LATANYA MCPHERSON,

               Plaintiff,

v.                                    Case No:  6:16-cv-1046-Orl-40TBS

AIRTRAN AIRWAYS, INC.,

               Defendant.

_____

## JUDGMENT IN A CIVIL CASE

This action was tried by a jury, with Judge Paul G. Byron presiding, and the jury has rendered a verdict. Therefore, it is

**ORDERED AND ADJUDGED**

That the Plaintiff LATANYA MCPHERSON recover from the Defendant AIRTRAN AIRWAYS, INC. Fifty Thousand Dollars ($50,000) and any prejudgment interest as is permitted by statute.

Date: November 13, 2017               **ELIZABETH M. WARREN, CLERK**

                                        By: G. Bennett, Deputy Clerk

Copies furnished to:

Counsel of Record